U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00720)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:                                    DISTRICT COURT NO.    1:20-CR-108

                                                MAGISTRATE CASE NO.

Indictment                  X Information              Magistrate's Complaint
DATE:                       DATE: March 02, 2020       DATE:

            UNITED STATES OF AMERICA           SUPERSEDING INFORMATION
                    vs.                         Prior Case Number:
            GERALD D HARRIS                    Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes  No
Is the defendant a fugitive?   Yes  X No
Has the defendant been released on bond?   Yes  X No

Will the defendant require an interpreter?   Yes  X No

District Judge:

Attorney: Jeffrey W. Davis
Defense Attorney: