# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD D. DAVIS | CRIMINAL ACTION NO.<br>1:20-CR-00108-TWT |

## ORDER

On March 19, 2020, Jeffrey Davis, Assistant United States Attorney, notified the Court that the parties were in plea negotiations and this criminal action could be resolved without the necessity of a trial. Accordingly,

IT IS HEREBY ORDERED that the period of time between March 19, 2020 and the entry of a guilty plea is excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the defendant to a speedy trial as allowed in 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that counsel contact the Court regarding the status of the plea negotiations no later than **April 17, 2020**.

SO ORDERED, this _19_ day of March, 2020.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE