# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GERALD D. HARRIS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:20-CR-00108-TWT-1 |

## ORDER

Defendant Gerald D. Harris was scheduled to appear before the undersigned for a Change of Plea hearing in the above-referenced criminal case on April 29, 2020. On April 28, 2020, counsel for the defendant notified the Court that the defendant no longer wished to enter a plea. Accordingly,

IT IS HEREBY ORDERED that this criminal case be referred to the duty magistrate judge to ascertain the category of this case and to assign a magistrate judge to handle pretrial matters.

SO ORDERED, this 29 day of April, 2020.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE